IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RANDALL TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:18-cv-00003 |
| ) | Judge Trauger |
| TONY PARKER, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On July 2, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 175), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. The Motion for Summary Judgment filed by defendant Kavin Johnson, M.D. (Docket No. 145) is GRANTED.

2. The Plaintiff's Motion for Partial Summary Judgment (Docket No. 116) and Supplemental Motion for Partial Summary Judgment (Docket No. 149) are DENIED.

3. All other pending motions by any party are hereby DENIED AS MOOT.

4. This case is DISMISSED WITH PREJUDICE.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

ALETA A. TRAUGER
U.S. District Judge